IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Case No.: 1:20-CR-00018 (WLS-TQL-4) |
| CLINTON JANES, | : |
| Defendant. | : |

## ORDER

The Court intends to notice this case for the Court's October 2021 trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Friday, August 6, 2021** whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If a motion to continue is not filed by the same date, a pretrial conference will be set.

**SO ORDERED**, this 27th day of July 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1